IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN WANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3248 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| PHILLIPS & COHEN ASSOCIATES, | ) | |
| LTD., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 35) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 17th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge